IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BRANDON MEADOWS                                                                         PLAINTIFF

VS.                             CIVIL NO. 06-1009

JO ANNE B. BARNHART,
COMMISSIONER, SOCIAL SECURITY ADMINISTRATION         DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this <u>04th</u> day of October 2006.

                                         <u>/s/ Beverly Stites Jones</u>
                                         HON. BEVERLY STITES JONES
                                         UNITED STATES MAGISTRATE JUDGE